FILED
CLERK
1/10/2020 12:46 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISABEL CHATELAIN-FLEMING,

                Plaintiff,

    -against-

NORTHWELL HEALTH, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
19-CV-7230 (JMA) (ARL)

**JOAN M. AZRACK, District Judge:**

      On December 23, 2019, plaintiff Isabel Chatelain-Fleming ("Plaintiff") filed a *pro se* complaint on the Court's employment discrimination complaint form against Northwell Health, Orlin and Cohen Orthopedic Group, Mary Caroff, Susan Waine, Ashley Phillips, and Ali Bottiglieri (collectively, the "Defendants") pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 ("Title VII") and state and local laws. Accompanying the complaint is an application to proceed *in forma pauperis*.

      Upon review of the declaration accompanying Plaintiff's application to proceed *in forma pauperis*, the Court finds that Plaintiff is qualified to commence this action without prepayment of the filing fee. See 28 U.S.C. § 1915(a) (1). Accordingly, Plaintiff's request to proceed *in forma pauperis* is GRANTED.

      IT IS HEREBY ORDERED that Plaintiff is granted leave to file the complaint without prepayment of the filing fee or security therefor; and IT IS FURTHER ORDERED that the Clerk of Court must forward to the United States Marshal Service for the Eastern District of New York copies of Plaintiff's summonses, complaint and this Order for service upon Defendants without prepayment of fees; and

IT IS FURTHER ORDERED that the Clerk of Court must mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

Dated: January 10, 2020
Central Islip, New York

/s/ (JMA)
Joan M. Azrack
United States District Judge